ERNEST E. COWAN et al., Appellants, v BUFFALO MARITIME SOCIETY, INC., et al., Respondents. [602 NYS2d 571] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Gerace, J. (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Summary Judgment.) Present—Green, J. P., Pine, Lawton, Boomer and Boehm, JJ.

 DONALD PALLAS, Respondent, v RAMA M. GUNTUPALLI et al., Appellants. [602 NYS2d 571] —Order unanimously affirmed without costs. Memorandum: Although defendants made a prima facie showing of entitlement to summary judgment as a matter of law, the physician's affidavit submitted by plaintiff in response raised a triable issue of fact *(see generally, Alvarez v Prospect Hosp.,* 68 NY2d 320, 324-325). (Appeal from Order of Supreme Court, Erie County, Gossel, J.—Summary Judgment.) Present—Green, J. P., Pine, Lawton, Boomer and Boehm, JJ.